UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---:|
| **HAMP'S CONSTRUCTION, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **No. 09-4256** |
| **TAG-MISSISSIPPI ENTERPRISES, L.L.C.** | **SECTION I/1** |

### ORDER

Considering the foregoing unopposed[1] motion to stay proceedings pending arbitration,[2]

**IT IS ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED.** The matter may be reopened upon the filing of a written motion by either party within 30 days of a decision in the arbitration matter.

New Orleans, Louisiana, October 19, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff, Hamp's Construction, L.L.C., initially filed an opposition to the motion to stay. On October 16, 2009, plaintiff withdrew their objection to this motion.
[2] R. Doc. No. 2.